of counsel. Opinion by JUSTICE WHEAT. **Not to be published in full.** Opinion filed March 11, 1952; rehearing denied April 30, 1952; released for publication April 30, 1952.

## Adran Wilson, as Guardian of Estate of Ouida Frances Word, a Minor, Plaintiff-Appellant, v. Donald B. Esch, Defendant-Appellee.

Gen. No. 9,815.

W. Carl Allen, and Webber & Balbach, for appellant; Philip C. Zimmerly, of counsel; Arthur J. B. Showalter, for appellee. Opinion by JUSTICE WHEAT. **Not to be published in full.** Opinion filed March 11, 1952; rehearing denied April 30, 1952; released for publication April 30, 1952.

## Margaret Doering, and Alma Jurgensen, Appellants, v. Earl Franklyn Warner et al., Appellees.

Gen. No. 45,502.